In re Lewis, Anthony; — Plaintiff(s); applying for supervisory and/or remedial writs; Parish of Orleans, Criminal District Court, Div. “F”, No. 326-200; to the Court of Appeal, Fourth Circuit, No. 95KW-2043.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La. 9/5/95), 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La. 10/13/95), 661 So.2d 480; State *652 ex rel. Martin v. State, 462 So.2d 637, 638 (La.1985).
MARCUS, J., not on panel.